**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEAN D. WINTER, | ) No. EDCV 20-2446-JLS (JPR) |
| Petitioner, | ) **ORDER ACCEPTING MAGISTRATE** |
| | ) **JUDGE'S REPORT AND RECOMMENDATION** |
| v. | ) |
| K. CLARK, Warden | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections to the R. & R.  The Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1.    The Petition is denied with prejudice.

2.    Judgment be entered consistent with this order.

3.    The clerk serve this Order and the Judgment on all counsel or parties of record.

DATED: June 26, 2023

JOSEPHINE L. STATON
U.S. DISTRICT JUDGE