JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SEAN D. WINTER,                  ) Case No. EDCV 20-2446-JLS (JPR)
                                 )
            Petitioner,          )
                                 )          **J U D G M E N T**
            v.                   )
                                 )
K. CLARK, Warden,                )
                                 )
            Respondent.          )
_____)

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is dismissed with prejudice.


DATED: June 26, 2023          _____
                              JOSEPHINE L. STATON
                              U.S. DISTRICT JUDGE